## 65653. GRANT v. THE STATE.

SHULMAN, Chief Judge.
Appellant and his co-defendant, Johnny Wright, were found guilty of armed robbery. In his sole enumeration of error, appellant contends that the in-court identification testimony of the victims should not have been admitted since it was tainted by a prior confrontation with the witnesses at a preliminary hearing. This issue has been decided adversely to appellant by this court's decision in the appeal of appellant's co-defendant. *Wright v. State,* 164 Ga. App. 587 (298 SE2d 294).

*Judgment affirmed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED APRIL 7, 1983.

*John E. Pirkle,* for appellant.
*Dupont K. Cheney, District Attorney, Harrison W. Kohler, Assistant District Attorney,* for appellee.